432 A.2d 258

Commonwealth v. DuBose, Appellant.

Submitted September 11,

668

1980. Michael D. Marino, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.